**No. 09-10398. Henry J. Bunch, Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.**

561 U.S. 1053, 131 S. Ct. 56, 177 L. Ed. 2d 1145, 2010 U.S. LEXIS 5716.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1030, 130 S. Ct. 3512, 177 L. Ed. 2d 1099, 2010 U.S. LEXIS 5504.